# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 422 WAL 2015
                            :
              Respondent    :
                            :    Petition for Allowance of Appeal from
                            :    the Order of the Superior Court
             v.                   :
                            :
                            :
DALE M. JOHNSON,             :
                            :
              Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.